IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
OCT 0 4 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

DERRICK NUTTER

Case No. 24-MJ-2450-EA

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING

Upon motion of the United States for Temporary Detention it is ORDERED that a detention hearing is set for  October 10, 2024  (date) at  2:00 PM  (time) before  Charles D. Austin , United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at    CDF   ) (Other Custodial Official) and produced for the hearing.

Date: October 4, 2024

Erin Aslan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention